LEO LAMBERG and ELLY J. TARLOFSKY, Respondents, v. SAMUEL FEINSTEIN, PHILIP. COOPERSTEIN and WILLIAM ZARET, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

GIOVANNAE MARTUCCI, as Administratrix, etc., of ALBERT GUARIGILIA, Appellant, v. BURDEN REALTY COMPANY and Others, Defendants. KLASKO FINANCE CORPORATION, Respondent.— Order and judgment unanimously affirmed, with costs, on authority of Wilks v. N. Y. Telephone Co. (243 N. Y. 351). Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

MATILDA MIRANDA, Respondent, v. MELCHIORRI LO CURTO, Appellant. ▌ Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES KAUFMAN, Appellant.— Judgment of conviction of the County Court of Kings county modified by striking therefrom the words " and Ten (10) years additional pursuant to Section 1944 of the Penal Law," and as so modified unanimously affirmed. Defendant was not amenable to section 1944 of the Penal Law, in the absence of proof or a concession that he was in possession of a gun. (People v. Kevlon, 221 App. Div. 224; People v. Napaletano, 222 id. 774; People v. Paradiso, Id. 830.) The modification of the sentence herein is for error of law only. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

ROSI RUSSO, Respondent, v. ANTONIO PELLECANO, Appellant. ANTONIO MANNINO, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

ISIDORE STERN and H. JAMES STERN, Copartners, etc., Respondents, v. MORRIS SCHNEIDER, Appellant.— Order setting aside verdict and granting a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ.

CAROLYN WIROSTEK and Another, Respondents, v. UNION DISCOUNT COMPANY, INC., Appellant, and Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

ZIBELLI BROS., Respondent, Appellant, v. EUGENE O. KELLER, as Trustee, etc., and Others, Respondents. EUGENE O. KELLER, Appellant, Respondent.— Judgment and order unanimously affirmed, with costs to plaintiff as against Eugene O. Keller individually. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ.

In the Matter of the Application of HARRY BRITTON GROOM for Admission to the Bar (from the State of Alabama).— Application granted. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.